FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 24 2020 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK (BROOKLYN)**
225 Cadman Plaza East
Brooklyn, NY 11201

August 17, 2020

Received on
Aug 24 2020
PRO SE OFFICE

Victor Mannarino

Plaintiff

v.                                                              1:20-cv-01395-LDH-RER

Inter-Con Security Systems, Inc.

Defendant

## AMICI NEVADA SMITH REQUEST FOR INFORMATION

What is the status of Nevada Smith request leave to file amicus curiae in support of plaintiff Victor Mannarino, Former Court Security Officer, dated June 26, 2020.

This court received Nevada Smith request leave to file on June 29, 2020.

Nevada Smith does not see his court filing on court docket.

Nevada Smith requests this court enter his request leave to file on court docket and then enter order.

1

Respectfully Submitted,

Nevada Smith fka Michael Buesgens
August 17, 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I sent this request leave to file amicus curiae by priority mail, delivery confirmation on this 17th day of August 2020 to

United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 118 South
Brooklyn, NY 11201

By Email To

Jacob Korder
Korder Law
470 Park Avenue South Ste 3rd Floor North
New York, NY 10016
Phone: 646-762-7265 / Fax: 646-762-9775
Email: jkorder@korderlaw.com
Attorney for Plaintiff Mannarino

Susan E. Salazar
Raff & Becker, LLP
470 Park Ave South, 3rd Floor North
New York, NY 10016
Phone: 212-732-5400 / Fax: 212-732-5400
Email: salazars@raffbecker.com
Attorney for Plaintiff Mannarino

Evan Benjamin Citron
Ogletree, Deakins, Nash, Smoak & Stewart, PC
599 Lexington, Avenue, 17th floor
New York, NY 10022
Phone: 212-492-2068 / Fax: 212-492-2501
Email: evan.citron@ogeltree.com
Represents Defendant Inter-Con Security Systems, Inc.


LaSharn Hughes, MBA, Executive Director
Georgia Composite Medical Board - Enforcement Unit
2 Peachtree Street, N.W., 6th Floor
Atlanta, Georgia 30303
Phone: (404) 656-3913, select Option #3/ Fax: (404) 656-9723
Email: latisha.bias@dch.ga.gov



Richard Jay Miller, MD, Medical Specialty Internal Medicine
Georgia License No. 18709
American Board of Internal Medicine-ABIM No. 177671
4385 Missendell Lane
Peachtree Corners, GA 30092
Phone: 770-246-9092
Email: jess390@hotmail.com


Haviva Goldhagen, MD
Georgia License No. 021152
American Board of Preventive Medicine (ABPM)
Occupational & Environmental Medicine OEM Certificate No. 024518
4561 Olde Perimeter Way #2002
Atlanta, GA 30346
Phone: 678-624-0999 / 778-578-1021
Email: ghaviva@hotmail.com

Michele S. Lee, President, CEO and Founder
Marcia Euwema, Vice President
STG International, Inc. Subcontractor
InGenesis Prime Contractor
PSC-FOH Telemedicine Physician Staffing Service
2900 S. Quincy Street, Suite 888
Arlington, VA 22206

*[signature]*

Nevada Smith f/k/a Michael Buesgens, Amici
Qui Tam whistleblower
PO Box 294
Morristown, MN 55052
Phone: 802-552-7975
Email: nevadasmith@subliminalqt.com
August 17, 2020

ATTACHMENT

USPS Delivery confirmation

| From: | auto-reply@usps.com |
|---|---|
| To: | nevadasmith@subliminalqt.com |
| Subject: | USPS® Item Delivered, Front Desk/Reception/Mail Room 9505515806160178484519 |
| Date: | Monday, June 29, 2020 10:11:34 AM |



Hello **nevada smith**,

Your item was delivered to the front desk, reception area, or mail room at 11:06 am on June 29, 2020 in BROOKLYN, NY 11201.

Tracking Number: 9505515806160178484519

## Delivered, Front Desk/Reception/Mail Room



Tracking & Delivery Options



Nevada Smith
PO Box 294
Morristown, MN 55052

SAINT PAUL MN 550
17 AUG 2020 PM 1 L

USMS

U.S. District Court
Eastern District of New York
Clerks Office
225 Cadman Plaza East, Room 118 South
Brooklyn, NY 11201