# Korder Law

Jacob Korder, Esq.
Attorney at Law

October 9, 2020

**Via ECF**

Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: Mannarino v. Inter-Con Security Systems, Inc., Case No. 20-cv-1395 (LDH) (RER)

Judge DeArcy Hall:

This firm represents Plaintiff Victor Mannarino ("Plaintiff") in the case referenced above.

On September 18, 2020, we filed a stipulation conditionally dismissing this action without prejudice and without costs and providing that Plaintiff may apply for restoration of this action by April 15, 2021, if Defendant Inter-Con Security Systems, Inc. ("Defendant") fails to make the settlement payments. (*See* ECF Doc. No. 16.) On October 6, 2020, we received an ECF notification which stated, "Civil Case Terminated." As of today, the stipulation has not been "so ordered."

To avoid any ambiguity regarding Plaintiff's right to apply for restoration of this action by April 15, 2021, if Defendant fails to make the settlement payments, we respectfully request that Your Honor "so order" the stipulation (ECF Doc. No. 16) or otherwise reflect the conditional nature of the dismissal on the docket.

We appreciate Your Honor's consideration of this request.

Sincerely,

Jacob Korder

cc: Evan B. Citron